UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 2 2 2010
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN DAMION HURLEY,
    Defendant.

Criminal No. 3:10CR52

Violations: 18 U.S.C. § 2261(a)(2)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1.

(Interstate Domestic Violence)

On or about the 13th day of June, 2010, at approximately 9:30 P.M., in Berkeley and Jefferson Counties, within the Northern District of West Virginia, and elsewhere, the defendant, **MARVIN DAMION HURLEY**, did cause K.A.H., his spouse, to travel in interstate commerce, that is, from the Northern District of West Virginia to Frederick, Maryland, and in the course of such travel did commit a crime of violence against K.A.H., said spouse, in violation of Title 18, United States Code, Section 2261(a)(2).

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
Betsy C. Jividen
United States Attorney